| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Stanley Bowman, Esq. (SBN 75896)<br>LAW OFFICES OF STANLEY BOWMAN<br>700 N. Pacific Coast Highway Suite 202A<br>Redondo Beach, CA 90277<br>(310) 937-4529<br>sb@stanleybowman.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* BAIC | FOR COURT USE ONLY<br><br>**FILED**<br>CLERK, U.S. DISTRICT COURT<br>12/1/21<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: CS  DEPUTY<br><br>CV21-9338-CJC |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>BAIC<br><br><br><br><br>                                 Debtor(s). | CASE NO.: 1:21-bk-10503-VK<br><br>ADVERSARY NO.:<br>(*if applicable*)<br><br>CHAPTER: 11 |
|---|---|
| <br><br><br>                        Plaintiff(s) (*if applicable*).<br>vs.<br><br><br><br>                        Defendant(s) (*if applicable*). | **NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): BAIC; Stanley Bowman

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☐ Defendant
☐ Other (*describe*):

For appeals in a bankruptcy case and not in an adversary proceeding.
☒ Debtor
☐ Creditor
☐ Trustee
☒ Other (*describe*): Stanley Bowman

| December 2018 | Page 1 | Official Form 417A |
|---|---|---|

**Part 2:  Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:
   A. ORDER DENYING DEBTORS APPLICATION TO EMPLOY THE LAW OFFICES OF STANLEY BOWMA COUNSEL FOR THE ESTATE  ; AND
   
   **B. ORDER DISMISSING CASE.**
2. The date the judgment, order, or decree was entered:    11/12/21

**Part 3:  Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party:

   Attorney:

2. Party:

   Attorney:

**Part 4:  Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

[X]  Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5:  Sign below**

/s/: Stanley Bowman, Esq                                                    Date:  11/24/21
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

200 Oceangate Long Beach, CA 90802

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___11/26/21___ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

ARTHUR R. PETRIE, II:   a_petrie@hattonpetrie.com
MICHAEL G. SPECTOR:   mgspector@aol.com
KATHERINE BUNKER:   kate.bunker@usdoj.gov
VICKI L. SCHENNUM:   schennumlaw@icloud.com
U.S. TRUSTEE(SV):   ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ___11/24/21___ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached Service List

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

HON. VICTORIA S. KAUFMAN, 21041 BURBANK BOULEVARD SUITE 304 WOODLAND HILLS, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/26/21 | David Alvarez | /s/ David Alvarez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**PROOF OF SERVICE (CONTINUED)**

BAIC
c/o Steve Awadalla
P.O. Box 0176
Los Angeles, CA 90070

Jose Echeverria
460 Museum Drive
Los Angeles, CA 90065

Juan Espinoza
13131 Van Nuys Boulevard
Pacoima, CA 91331

Morris McQueen
2493 East Colorado Boulevard
Pasadena, CA 91107

Oscar Sanchez
2822 Paradise Drive
Los Angeles, CA 90032

```
 1 | PETER C. ANDERSON
   | UNITED STATES TRUSTEE
 2 | Kenneth M. Misken
   | Assistant United States Trustee
 3 | Katherine C. Bunker, No. 240593
   | Trial Attorney for United States Trustee
 4 | UNITED STATES TRUSTEE
 5 | 915 Wilshire Blvd., Ste. 1850
   | Los Angeles, CA 90017
 6 | Telephone (213) 894-3326; Facsimile (213) 894-0276
   | Email  kate.bunker@usdoj.gov
 7 |
 8 |
```

FILED & ENTERED

NOV 12 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gasparia  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | ) Case No. 1:21-bk-10503-VK |
| | ) |
| **BAIC,** | ) Chapter 11 |
| | ) |
| Debtor. | ) **ORDER DENYING APPLICATION OF** |
| | ) **DEBTOR TO EMPLOY THE LAW** |
| | ) **OFFICES OF STANLEY BOWMAN AS** |
| | ) **COUNSEL FOR THE ESTATE** |
| | ) |
| | ) Date:   November 4, 2021 |
| | ) Time:   1:30 p.m. |
| | ) Crtm:   301 |
| | ) |

///

///

///

///

///

///

///

A hearing was held on the debtor's application to employ the Law Offices of Stanley Bowman as counsel for the estate [Docket No. 113] (the "Application") with appearances as noted on the record. The Court having considered the record herein, the objection, reply, supplemental declarations, and for good cause appearing and the reasons stated on the record,

IT IS HEREBY ORDERED that the Application is DENIED.

###

Date: November 12, 2021

Victoria S. Kaufman
United States Bankruptcy Judge

Michael G. Spector - Bar No. 145035
Vicki L. Schennum (Of Counsel) - Bar No. 159628
**LAW OFFICES OF MICHAEL G. SPECTOR**
2122 N. Broadway
Santa Ana, CA 92706
Telephone:  714-835-3130
Facsimile:   714-558-7435
E-Mail:  mgspector@aol.com; schennumlaw@icloud.com

FILED & ENTERED

NOV 12 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gasparia  DEPUTY CLERK

Attorneys for creditor
HARLAN HELVEY

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

In re

**BAIC,**

          Debtor-in-Possession.

) Case No. 1:21-bk-10503 VK
)
) Chapter 11
)
) **ORDER DISMISSING CASE**
)
)
)
)
) Date:  November 4, 2021
) Time:  1:30 p.m
) Ctrm:  301
)

      Harlan Helvey's Motion to Dismiss or Convert came on for hearing on November 4, 2021 at 1:30 p.m., before the Honorable Victoria S. Kaufman, United States Bankruptcy Judge. Michael G. Spector of the Law Offices of Michael G. Spector appeared on behalf of creditor Harlan Helvey, Katherine C. Bunker appeared on behalf of the Office of the United States Trustee and Stanley Bowman of the Law Offices of Stanley Bowman appeared on behalf of the Debtor.

      Upon consideration of Harlan Helvey's Motion to Dismiss or Convert, the Debtor's Opposition thereto, Harlan Helvey's Reply thereto, adequate notice having been given and for good cause shown,

1

1  **IT IS HEREBY ORDERED** that the Motion to Dismiss or Convert is granted and this
2  case is hereby dismissed.

####

Date: November 12, 2021

Victoria S. Kaufman
United States Bankruptcy Judge

2