UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:21-cv-09338-CJC | Date | March 10, 2022 |
|---|---|---|---|
| Title | In Re BAIC | | |

PRESENT: **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Rolls Royce Paschal
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

None Present

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The appeal in the above bankruptcy matter has been assigned to this Court. On February 7, 2022, the Court issued a Certificate of Readiness and set a briefing schedule in this matter. Appellant was ordered to file his opening brief no later than March 9, 2022. To date, and despite the expiration of designated time within which to do so, the Appellant has not filed an opening brief. Accordingly, Appellant is hereby ordered to show cause in writing, on or before **March 14, 2022**, why this appeal should not be dismissed for lack of prosecution and failure to comply with the Court's order. Failure of Appellant to make an adequate and/or timely response to this Order will result in the dismissal of the appeal.

_____ : _____

Initials of Deputy Clerk   rrp

cc: **Bankruptcy Court and BAP**