JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:21-CV-09338-CJC                                      Date: October 3, 2022

Title: <u>In Re BAIC</u>

___

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

| <u>Rolls Royce Paschal</u> | <u>     N/A     </u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                            None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING APPEAL FOR LACK OF PROSECUTION**

      On December 1, 2021, Appellant BAIC sought this Court's review of a bankruptcy court's orders denying the debtor's application to employ the Law Offices of Stanley Bowman as counsel for the estate and dismissing the case. (Dkt. 1.) The Court ordered Appellant to file its Opening Brief by March 9, 2022. (Dkt. 9.) On March 10, 2022, the Court issued an Order to Show Cause why the case should not be dismissed for lack of prosecution. (Dkt. 11.) In response, the parties filed a stipulation agreeing to a 60-day extension of time for Appellant to file its Opening Brief. (Dkt. 12.) The Court granted the stipulated extension. (Dkt. 13.)

      On May 9, 2022, the parties filed a second stipulation agreeing to a 60-day extension of time for Appellant to file its Opening Brief, which the Court granted. (Dkt. 14; Dkt. 15.) On July 9, 2022, the parties filed a third stipulation agreeing to a 45-day extension of time for Appellant to file its Opening Brief, which the Court granted. (Dkt. 16; Dkt. 17.) Most recently, on August 24, 2022, the parties filed a fourth stipulated extension of time for Appellant to file its Opening Brief, which the Court granted. (Dkt. 18; Dkt. 19.) The Court instructed Appellant to file its Opening Brief by September 26, 2022. (Dkt. 19.) Appellant has not filed its Opening Brief.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:21-CV-09338-CJC                                              Date: October 3, 2022
                                                                         Page 2

     By failing to comply with this Court's orders, Appellant has demonstrated that it no longer wishes to prosecute this appeal. Accordingly, the appeal is **DISMISSED**.


qr

MINUTES FORM 11
CIV-GEN                                                              Initials of Deputy Clerk RRP